**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE VIRGIN ISLANDS**

UNITED STATES OF AMERICA,

vs.

Case No. 3:26-mj-14

Robert Qi PENG,

Defendant.

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Kiernan Whitworth, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I have been a Special Agent with the Federal Bureau of Investigation (FBI) for 11 years. I am currently assigned to the FBI's San Juan Field Office, St. Thomas Resident Agency. My current duties involve investigating various violations of federal law, collecting evidence in cases which the government is or may be a party of interest, and performing other duties imposed by law. More specifically, I investigate public corruption, drug violations, human trafficking, and fraud schemes. As part of my investigative duties, I have applied for and/or executed multiple arrest warrants, search and seizure warrants, including warrants to search physical locations, electronic devices, accounts maintained by internet service providers, and assets held at financial institutions.

2.     The information contained within this affidavit is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and government employees assisting with this investigation. I have not included each and every fact known to me concerning this investigation; I have set forth only the facts and circumstances that I believe are sufficient to establish probable cause.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18, United States Code, Section 1801 (Video Voyeurism) was committed by Robert Qi Peng (hereinafter "Peng").

## **PROBABLE CAUSE**

4. On April 1, 2026, FBI St. Thomas was contacted by the Virgin Islands Port Authority Police (VIPA) regarding an incident on the Celebrity Beyond cruise ship docked at the Crown Bay Marina in St. Thomas, USVI.

5. The Celebrity Beyond is a vessel flagged out of the country of Malta that left Miami, FL on March 29, 2026, and was set to return to Miami, FL on April 5, 2026

6. On April 1, 2026, around 3:00 PM, FBI Special Agents Kiernan Whitworth and Christopher Sebero boarded the ship with two officers from the Virgin Islands Port Authority (VIPA).

7. The Special Agents met with the cruise ship Chief Security Officer who provided the following information: On March 31, 2026, after the ship departed Cabo Macoris, Dominican Republic, a cleaning staff member discovered a pen in a public unisex bathroom hidden under discarded hand towels. The cleaner saw a small camera on the pen and brought it to security. Ship security reviewed ship security footage from when the pen was discovered by the cleaner and worked backward to identify potential passengers that may have planted the pen. Ship security identified nine passengers using the bathroom during the review period including ROBERT PENG who was seen accessing the restroom multiple times. Ship security sealed the pen and accompanying micro-SD card in an evidence bag.

8. FBI Special Agents unsealed the evidence bag containing the pen at approximately 3:13 PM and reviewed the footage stored on the micro-SD card. The footage showed a folder

2

structure containing multiple videos. The first videos showed the interior of the restroom as the pen camera is manipulated. An individual appearing to be ROBERT PENG is captured manipulating the camera and pointing it toward the side of the toilet. The videos then show multiple victims entering the bathroom and using the toilet during approximately a 90-minute span.

9.     At approximately 4:08 PM, the Special Agents conducted a voluntary recorded interview of PENG in a ship office. PENG signed an advice of rights form waiver and admitted to planting the camera. PENG stated he purchased the pen camera, a wristwatch camera, and key fob camera from Amazon a few months prior. PENG used the devices to record women in public but only decided to use the pen camera in the bathroom when he boarded the ship. PENG gave consent to agents to search his room, laptop, and phone. Agents reviewed PENG's laptop in his presence and identified more bathroom recordings. PENG stated he planted the pen camera for the first time on March 30, 2026, while the ship was sailing between Miami, Florida and the Dominican Republic. The videos on the laptop from March 30th depict adult victims and a minor child using the bathroom.

10.     PENG consented to the release of his laptop, and recording devices to the FBI. PENG consented to disembark the ship in St. Thomas, USVI, which he did at approximately 6:30 PM.

11.     PENG and several victims are United States citizens.

3

## CONCLUSION

12.　Based on my training and experience, I respectfully submit to the Court that probable cause exists to believe that on or about March 30 and 31, 2026, in the special maritime and territorial jurisdiction of the United States, the defendant engaged in acts that violated Title 18, United States Code, Section 1801.

Respectfully submitted,

Kiernan Whitworth
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___APRIL    2___, 2026.

THE HONORABLE G. ALAN TEAGUE
UNITED STATES MAGISTRATE JUDGE

4